```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-40395 MEH** |
| **JASON THOMAS MCMULLEN and SHERI ANNE MCMULLEN,** | **Chapter 13** |
| Debtors. | **EX-PARTE MOTION TO APPROVE LOAN MODIFICATION; TRUSTEE'S NON-OPPOSITION** |

Jason Thomas McMullen & Sheri Anne McMullen, debtors herein, hereby move the Court for an order approving the loan modification of the 1st Deed of Trust of Bank of America, N.A. on the real property located at 1322 Yosemite Circle, Oakley, CA 94561. A copy of the loan modification which will be finalized after court approval is obtained is attached hereto as Exhibit A.

```
Dated: November 11, 2013          /s/ Anne Y. Shiau
                                  ANNE Y. SHIAU
                                  Attorney for Debtors
```

**TRUSTEE'S STATEMENT OF NON-OPPOSITION**

The undersigned has no opposition to the above motion.

```
Dated: November 15, 2013          /s/ Martha G. Bronitsky
                                  MARTHA G. BRONITSKY
                                  Chapter 13 Trustee
```