**The following constitutes
the order of the court. Signed November 20, 2013**

_M. Elaine Hammond_

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                    Case No. 13-40395 MEH
                                                         Chapter 13
JASON THOMAS McMULLEN and
SHERI ANNE McMULLEN,

                            Debtors./
_____

ORDER AUTHORIZING ENTRY INTO LOAN MODIFICATION AGREEMENT

   Upon consideration of debtors' ex-parte motion to allow loan
modification and the chapter 13 trustee's statement of non-
opposition, the court hereby authorizes the debtors to discuss and
enter into a loan modification with creditor, Bank of America, N.A.,
provided however, that this order shall not be construed as
approving any of the terms of said loan modification.

                            **END OF ORDER**

ORDER AUTHORIZING LOAN MODIFICATION

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

1          COURT SERVICE LIST

2

3  ECF Participants

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER AUTHORIZING LOAN MODIFICATION        2