1  PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
3  Oakland, CA 94612
Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed April 10, 2014

*M. Elaine Hammond*

**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

5  Attorneys for Debtors

6

7                    UNITED STATES BANKRUPTCY COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9  **In re:**                              **Case No. 13-40395 MEH**

10 **JASON THOMAS McMULLEN and**           **Chapter 13**
   **SHERI ANNE McMULLEN,**
11                                         **ORDER SUSTAINING DEBTORS'**
                                           **OBJECTION TO CLAIM #10 OF BANK**
12            **Debtors.**                 **OF AMERICA, N.A.**

13                                         **DATE: March 27, 2014**
                                           **TIME: 9:30 AM**
14                                         **CTRM: 215**
                                           **1300 CLAY ST., 2ND FLOOR,**
15 _____/       **OAKLAND,CA**

16     The above-captioned matter came on for hearing on March 27, 2014,

17 at 9:30am, in Courtroom 215 in front of The Honorable M. Elaine

18 Hammond, upon Jason and Sheri McMullen's ("Debtors") Objection to

19 Claim #10 of Bank of America, NA.  Appearances as noted on the record.

20

21     **IT IS HEREBY ORDERED THAT** Debtors' Objection to Claim #10 of Bank

22 of America, NA is sustained without prejudice to Creditor to file an

23 amended proof of claim taking into account the previous trustee

24 disbursements and clarifying the new terms of the note pursuant to the

25 loan modification.

26                    *** END OF ORDER ***

1                COURT SERVICE LIST

2 Attn: Jonathan Damen
  Bank of America, N.A.

3 C/o RCO Legal, PS
  1241 E. Dyer Road, Suite 250

4 Santa Ana, CA 92705