```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**: | **Case No. 13-40395 MEH** |
| **JASON THOMAS MCMULLEN and SHERI ANNE MCMULLEN,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |

_____/

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing April 2014, debtors will pay $180.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtors' expenses have increased.

Dated: April 14, 2014

                                                /s/ Anne Y. Shiau
                                                ANNE Y. SHIAU
                                                Attorney for Debtors