Entered on Docket
June 30, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 27, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**JASON THOMAS McMULLEN and SHERI ANNE McMULLEN,**<br><br>    Debtors.<br>_____/ | Case No. 13-40395 MEH<br><br>Chapter 13<br><br>ORDER MODIFYING DEBTORS' CHAPTER 13 PLAN<br><br>DATE: June 24, 2014<br>TIME: 10:00 AM<br>CTRM: 215<br>1300 CLAY ST., 2ND FLOOR, OAKLAND, CA |

  The above-captioned matter came on for hearing on June 24, 2014, at 10:00am, in Courtroom 215 in front of The Honorable M. Elaine Hammond, upon Jason and Sheri McMullen's ("Debtors") Motion to Modify Plan. Appearances as noted on the record.

  **IT IS HEREBY ORDERED THAT:**

  Debtors' Motion to Modify Plan filed on April 15, 2014 as docket #41 is granted.

IN ADDITION, Debtors shall file amended schedules I and J and accompanying declaration every twelve (12) months.

Dated: June 27, 2014                /s/ Martha Bronitsky
                                    Martha Bronitsky
                                    Chapter 13 Trustee

                        *** END OF ORDER ***

COURT SERVICE LIST

'No physical service required'